ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | NO.  C 08 1612 MEJ |
| plaintiffs, | PLAINTIFFS CASE MANAGEMENT STATEMENT |
| vs. | |
| ROYCE B PETERSON ROOFING INC., a California corporation doing business as PETERSON & JENKINS ROOFING COMPANY, | CASE MANAGEMENT CONFERENCE DATE: 7/3/08 TIME: 10:00 a.m. |
| Defendants. | |

Plaintiffs in the above-entitled action submit this Case Management Statement reporting on the status of this case as follows:

DESCRIPTION OF THE CASE

The complaint was filed March 25, 2008.  Service on the defendant took place on April 2, 2008.

Settlement discussions have resulted in substantial payments by the defendant and oral agreement to a payment plan.  Plaintiffs prepared a Stipulation for Judgment for Defendant's signature.  If the Stipulation is not signed Plaintiff will file a motion for default judgment.

PLAINTIFFS CASE MANAGEMENT STATEMENT                    1

1        Plaintiffs request that the Court continue the Case

2   Management Conference some 60 days hence, to September 4, 2008 to

3   provide time to complete settlement of the case.

4                              Respectfully submitted.

5   DATED: June 30, 2008

6                                   ERSKINE & TULLEY
                                    A PROFESSIONAL CORPORATION
7

8                                   By:_____
                                        Michael J. Carroll
9                                       Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS CASE MANAGEMENT STATEMENT                    2

1    PROOF OF SERVICE BY MAIL

2 I am a citizen of the United States and employed in the City and

3 County of San Francisco, California.  I am over the age of eighteen

4 years and not a party to the within above entitled action; my business

5 address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104.

6 On June 30, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT

7 CONFERENCE STATEMENT AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

8 on the defendant in said action, by placing a true copy thereof

9 enclosed in a sealed envelope with postage thereon fully prepaid, in

10 the United States post office mail box at San Francisco, CA, addressed

11 as follows:

12 Peterson & Jenkins Roofing Co.
   861 Warrington Avenue
13 Redwood City, CA 94063

14 I, SHARON EASTMAN, certify (or declare), under penalty of perjury that

15 the foregoing is true and correct.

16 Executed on June 30, 2008 at San Francisco, CA.

17

18                          Sharon Eastman

19

20

21

22

23

24

25

26

27

28