1   ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE BAY AREA  )   NO. C 08 1612 MEJ
   ROOFERS, et al.,           )
12                     )
             Plaintiff,  )
13                     )   ORDER TO CONTINUE CASE
       vs.            )   MANAGEMENT CONFERENCE
14                     )
   ROYCE B PETERSON ROOFING INC., a   )
15   California corporation doing     )
   business as PETERSON & JENKINS    )
16   ROOFING COMPANY             )
                    )
17                     )
             Defendant.  )
18   _____)

19

20         IT IS ORDERED that the Case Management Conference in this

   case originally set for July 3, 2008 continued to September 4, 2008
21
   at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San
22
   Francisco, CA.
23
   Dated:_____      _____
24                        Honorable Maria Elena James

25

26

27

28

  ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      1