```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROYCE B PETERSON ROOFING INC., a California corporation doing business as PETERSON & JENKINS ROOFING COMPANY<br><br>        Defendant. | NO. C 08 1612 MEJ<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

      IT IS ORDERED that the Case Management Conference in this case originally set for July 3, 2008 continued to September 4, 2008 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 1, 2008

_____
Honorable Maria-Elena James

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE