1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, California 94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE BAY AREA     ) NO. C 08 1612 MEJ
   ROOFERS HEALTH & WELFARE TRUST        )
13 FUND, PACIFIC COAST ROOFERS           )
   PENSION PLAN, EAST BAY/NORTH BAY      )
14 ROOFERS VACATION TRUST FUND, BAY      )
   AREA COUNTIES ROOFING INDUSTRY        )
15 PROMOTION FUND, BAY AREA COUNTIES     ) STIPULATION FOR JUDGMENT
   ROOFING INDUSTRY APPRENTICESHIP       )
16 TRAINING FUND; TRUSTEE; BRUCE LAU,    )
   TRUSTEE;                              )
17                                       )
                  Plaintiffs,             )
18                                       )
       vs.                                )
19                                       )
   ROYCE B PETERSON ROOFING INC.,etc.,   )
20                                       )
                  Defendant.              )
21 _____)

22        IT IS HEREBY STIPULATED and agreed by and between plaintiffs

23 BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND,

24 PACIFIC  COAST  ROOFERS  PENSION  PLAN,  EAST  BAY/NORTH  BAY  ROOFERS

25 VACATION TRUST FUND, BAY AREA  COUNTIES ROOFING INDUSTRY PROMOTION

26 FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND;

27 BRUCE LAU, TRUSTEE, through their attorneys, and defendant, ROYCE B.

28 PETERSON ROOFING INC., a California corporation doing business as

                       STIPULATION FOR JUDGMENT                         1

PETERSON & JENKINS ROOFING COMPANY, that plaintiffs have and recover judgment from defendant in the amount of $37,789.97, which amount is composed of the following:

    a.   Contributions balances due and unpaid to Plaintiff Trust Funds for the months of August 2007 through January 2008 in the amount of $31,199.98;

    b.   Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months of August 2007 through January 2008 in the amount of $6,239.99;

    c.   Costs of suit incurred in this action in the amount of $350.00.

IT IS FURTHER STIPULATED and agreed by the parties hereto that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

    1.   Defendant shall make payments of all amounts to become due to plaintiffs for hours worked by defendant's employees, commencing with the payment for June 2008 hours due on or before July 10, 2008 and continuing until the full amount of the judgment is paid. Each of said payments will be made by check payable to the Roofers Local Union No. 81 Area Trust Funds and should be sent to the address on the monthly reporting form.

    2.   Defendant shall pay the amount of the contributions under paragraph (a) $31,199.98 in weekly installments of $500.00 commencing immediately and continuing until all the contributions are paid. Each of said payments will be made by check payable to the ROOFERS LOCAL UNION NO 40 AREA TRUST FUNDS and should be sent to ERSKINE & TULLEY, Attention Michael J. Carroll, 220 Montgomery Street,

Suite 303, San Francisco, CA 94104.

3. If the above amount of $31,199.98 is paid in full pursuant to the above schedule and if defendant has paid regular contributions on time for the next twelve months, the Board of Trustees of Plaintiff Trust Funds will waive the liquidated damages and costs owed as stated in paragraphs (b) and (c) above.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

5. Should any current payment due under the collective bargaining agreement become delinquent, the entire amount of this judgment and the current delinquent contributions and liquidated damages, reduced by any offset for payments made, shall become due and payable immediately and execution may commence on the judgment without further notice.

IT IS FURTHER STIPULATED AND AGREED by the parties hereto that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire judgment in the amount of $31,199.98 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

```
```

1  Defendant, PETERSON & JENKINS ROOFING INC., a California
2  corporation doing business as PETERSON & JENKINS ROOFING COMPANY, is
3  not represented by counsel and has been advised to seek the advice of
4  counsel before signing this stipulation for judgment.
5            IN WITNESS WHEREOF, plaintiffs' attorney and defendant
6  have executed this Stipulation for Judgment this 26st day of June,
7  2008.

9  Dated: June 30, 2008            ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION
10
                                   By: _____
11                                     Michael J. Carroll
                                       Attorneys for Plaintiffs

13 Dated: June 30, 2008            PETERSON & JENKINS ROOFING INC., a
                                   California corporation doing business
14                                 as PETERSON & JENKINS ROOFING COMPANY
15                                 By: _____
                                   Print Name: LINDA JENKINS
16                                 Corporate Title: PRES.