```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; TRUSTEE; BRUCE LAU, TRUSTEE;<br><br>           Plaintiffs,<br><br>  vs.<br><br>ROYCE B PETERSON ROOFING INC.,etc.,<br><br>           Defendant. | NO. C 08 1612 MEJ<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

      It appearing that Plaintiffs BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND;  BRUCE LAU, TRUSTEE, through their attorneys, and defendant, ROYCE B. PETERSON ROOFING INC., a California corporation doing business as PETERSON & JENKINS ROOFING

1  COMPANY, have entered into a stipulation which provides for judgment
2  against defendant in the amount of $37,789.97,
3        IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF
4  TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC
5  COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST
6  FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA
7  COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND;  BRUCE LAU,
8  TRUSTEE, through their attorneys, and defendant, ROYCE B. PETERSON
9  ROOFING INC., a California corporation doing business as PETERSON &
10 JENKINS ROOFING COMPANY, have judgment in the amount of $37,789.97,
11 which amount is composed of the following:
12        a.   Contributions balances due and unpaid to Plaintiff
13 Trust Funds for the months of August 2007 through January 2008 in the
14 amount of $31,199.98;
15        b.   Liquidated damages due and unpaid to the Plaintiff
16 Trust Funds for the months of August 2007 through January 2008 in the
17 amount of $6,239.99;
18        c.   Costs of suit incurred in this action in the amount of
19 $350.00.
20        IT IS FURTHER ORDERED AND ADJUDGED that an abstract of
21 judgment will be recorded but execution will not issue on the judgment
22 so long as defendant fully complies with the following conditions:
23        1.   Defendant shall make payments of all amounts to become
24 due to plaintiffs for hours worked by defendant's employees,
25 commencing with the payment for June 2008 hours due on or before July
26 10, 2008 and continuing until the full amount of the judgment is paid.
27 Each of said payments will be made by check payable to the Roofers
28 Local Union No. 40 Area Trust Funds and should be sent to the address

on the monthly reporting form.

2. Defendant shall pay the amount of the contributions under paragraph (a) $31,199.98 in weekly installments of $500.00 commencing immediately and continuing until all the contributions are paid. Each of said payments will be made by check payable to the ROOFERS LOCAL UNION NO 40 AREA TRUST FUNDS and should be sent to ERSKINE & TULLEY, Attention Michael J. Carroll, 220 Montgomery Street, Suite 303, San Francisco, CA 94104.

3. If the above amount of $31,199.98 is paid in full pursuant to the above schedule and if defendant has paid regular contributions on time for the next twelve months, the Board of Trustees of Plaintiff Trust Funds will waive the liquidated damages and costs owed as stated in paragraphs (b) and (c) above.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

5. Should any current payment due under the collective bargaining agreement become delinquent, the entire amount of this judgment and the current delinquent contributions and liquidated damages, reduced by any offset for payments made, shall become due and payable immediately and execution may commence on the judgment without further notice.

IT IS FURTHER ORDERED AND ADJUDGED by the parties hereto that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire

**judgment in the amount of $31,199.98 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.** The Clerk shall close the file.

**Dated:** July 10, 2008

_____
**Honorable Maria-Elena James**

**JUDGMENT PURSUANT TO STIPULATION**                    **4**